

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-22-00481-CV

**IN THE INTEREST OF A.C.** and Q.C., Children

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2018-CI-18383
Honorable Tina Torres, Judge Presiding

BEFORE JUSTICE WATKINS, JUSTICE RODRIGUEZ, AND JUSTICE VALENZUELA

In accordance with this court's opinion of this date, the Order in Suit to Modify Parent-Child Relationship is AFFIRMED. Costs of appeal are assessed against appellant.

SIGNED January 24, 2024.

_____
Lori I. Valenzuela, Justice